1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL S.,[1] <br><br>          Plaintiff, <br><br>    v. <br><br> KILOLO KIJAKAZI, Acting <br> Commissioner of Social Security,[2] <br><br>          Defendant. | Case No. CV 20-2005 PVC <br><br><br> **JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  September 29, 2021

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

_____

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for her predecessor, originally named in the complaint. *See* 42 U. S. C. § 405(g); Fed. R. Civ. P. 25(d).